IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RICHARD LYLE POSPISIL,<br><br>　　　　　　Defendant. | CR 11-52-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, RICHARD LYLE POSPISIL is hereby released from the custody of the U.S. Marshals Service.

DATED this 20th day of December, 2021.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1